**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 00-6155**

---

ROBERT WATSON,

Plaintiff - Appellant,

versus

WILLIE WELDON, Warden; STEVE J. LENSES, Doctor,

Defendants - Appellees.

---

Appeal from the United States District Court for the District of South Carolina, at Charleston. Cameron McGowan Currie, District Judge. (CA-99-1006-2-22)

---

Submitted: June 13, 2000                    Decided: July 10, 2000

---

Before WILKINS, MOTZ, and TRAXLER, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Robert Watson, Appellant Pro Se. Sandra Jane Senn, Charleston, South Carolina; Jackson L. Barwick, Jr., Columbia, South Carolina, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

    Robert Watson appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp. 2000) complaint. We have reviewed the record and the district court's opinion accepting the magistrate judge's recommendation and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>See</u> <u>Watson v. Weldon</u>, No. CA-99-1006-2-22 (D.S.C. Jan. 18, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>